# ROBERT H. SPERGEL
## ATTORNEY-AT-LAW

320 Old Country Road
Suite 105
Garden City, New York 11530

(516) 535-4311
Fax (516) 294-1767

April 7, 2005

*Fax to 1-917-522-3121*
Morrison Cohen, LLP
909 Third Avenue
New York, New York 10022-4731
ATT: Jeffrey P. Englander, Esq.

Re: *Barna et. al v. Spectrum et al.*
05 (CIV) 2176 (CLB) (LMS)

Dear Mr. Englander:

Please be advised that pursuant to the joint letter, the Court has re-scheduled the conference of April 15, 2005 until June 24, 2005 at 9:00 a.m.

Very truly yours,

ROBERT H. SPERGEL, ESQ.

cc: Hon. Charles L. Brieant
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

1