MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022-4731
(212) 735-8720 (voice)
(917) 522-3121 (direct fax)
Attorneys for Defendant
WCI/Spectrum Communities

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER BARNA AND JENNIER HORN | Civil Action No: 05-2176 (CLB) |
| Plaintiffs, | |
| v. | |
| SPECTRUM COMMUNITIES; WCI COMMUNITIES, INC. (as parent Company and/or successor company); WCI/SPECTRUM COMMUNITIES (as parent Company and/or successor Company), MITCHELL HOCHBERG; CHRISTOPHER DETHOMAS; RODNEY MONTAG AND GABE PASQUALE, | **CONSENT ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

THIS MATTER having been opened to the Court by the attorneys for defendants, and the attorneys for plaintiffs, the Court being fully advised and plaintiffs, having conferred and having agreed to the entry of the within Consent Order, and good cause having been shown;

IT IS on this ___8th___ day of ___June___, 2005;

ORDERED that the above action be and hereby is dismissed with prejudice, without right of appeal and without costs and fees; and it is further

~~ORDERED that a copy of this Order be served upon plaintiffs' counsel within ___ days of the receipt hereof.~~

SO ORDERED:

White Plains, N.Y.
June 9, 2005

_____
CHARLES L. BRIEANT, U.S.D.J.

**THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:**

ROBERT H. SPERGEL, ESQ.  
Attorneys for Plaintiffs

By: _____  
    ROBERT H. SPERGEL  
    A Member of the Firm

Dated: June 2, 2005

MORRISON COHEN LLP

By: _____  
    JEFFREY P. ENGLANDER  
    A Member of the Firm

Dated: June 2, 2005

2

# ReedSmith

Reed Smith LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5401
973.621.3200
Fax 973.621.3199

**Robert H. Bernstein**
Direct Phone: 973.621.3206
Email: rbernstein@reedsmith.com

June 3, 2005

**VIA UNITED PARCEL SERVICE**
Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601-4150

    Re:    *Jennifer Barna and Jennifer Horn vs. Spectrum Communities, et als;* Civil Action No. 05-2176 (CLB)

Dear Judge Brieant:

    Enclosed are the original and two copies of a Consent Order of Dismissal with Prejudice in the above matter which has been signed by counsel for the parties. If the Consent Order meets with Your Honor's approval, kindly execute the original and direct someone on your staff to have a copy stamped "filed" with the Clerk and returned to me in the enclosed self-addressed stamped envelope.

    Thank you for your Honor's attention to this matter.

                            Respectfully submitted,

                            Robert H. Bernstein

RHB:dc
Enclosures
cc: Robert H. Spergel, Esq. (w/encls.)

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG

reedsmith.com

Steven J. Picco ♦ Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware